# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

May 16, 2025

**Via ECF**
Hon. Lara K. Eshkenazi U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                **Re:   Joint Status Report**
      **1:23-cv-05405-ENV-VMS** *Jeannette Figueroa v. Yan Zhi Hotel Management Inc et al*

Your Honor,

    This office represents the Plaintiff in the above-referenced matter. In accordance with Your Honor's Order dated May 19, 2025 directing the parties to meet and confer by June 23, 2025 and submit a joint status report by June 23, 2025, we write jointly with Defendants to report that the parties have met and conferred via telephone with Tiffany Troy for Plaintiff and Bo Chen for Defendants on June 23, 2025 at 4:45 p.m. for around 6 minutes. During said meet and confer, the parties discussed the pending motion and the means to resolve said motion and determined that the parties are unable to resolve the motion in any respect at this time.

    We thank the Court for its time and consideration in this matter.

                                                                       Respectfully Submitted,
                                                                       /s/ John Troy_____
                                                                          John Troy
                                                                   *Attorney for Plaintiff*

*Cc:* all Counsel of record *via* ecf
*JT/mh*